UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ALISON O., | No. C 13-4787 MEJ |
| Plaintiff, | **FURTHER ORDER RE: PLAINTIFF'S MOTION TO REMOVE EXHIBIT D TO THE COMPLAINT** |
| v. | |
| ANTHEM BLUE CROSS, | |
| Defendant. | |

On October 18, 2013, the Court granted Plaintiff's Motion for the Removal of Exhibit D to the Complaint filed on October 16, 2013. Dkt. No. 9. However, as Plaintiff filed Exhibits C and D as one entry in the ECF system (Dkt. No. 1-11), the Clerk is unable to remove Exhibit D without also removing Exhibit C. Accordingly, Plaintiff's counsel is hereby ORDERED to contact the Case Systems Analyst, Hilary Jackson, at (415) 522-4261 to determine how best to provide a separate copy of Exhibit C to replace the current docket entry at 1-11.

**IT IS SO ORDERED.**

Dated: October 21, 2013

_____
Maria-Elena James
United States Magistrate Judge