UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALISON O.,

    Plaintiff,

    v.

ANTHEM BLUE CROSS,

    Defendant.

_____/

No. C 13-4787 PJH

**ORDER RE APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED TRIAL**

    The court is in receipt of plaintiff's application for temporary restraining order ("TRO"), preliminary injunction, and expedited trial, filed on October 25, 2013. The application is styled as an "ex parte" application, but the document itself states that "[t]he application is also being personally served on defendant at its agent for service of process" (Dkt. 11 at 3), and plaintiff does not include an affidavit setting forth the reasons why notice should not be required, so the court will require that notice be given to defendant before proceeding.

    While plaintiff does state that the application is "being personally served" on defendant, no proof of service has been filed. Nor has plaintiff filed a proof of service for the underlying complaint. Plaintiff is directed to file proofs of service for the TRO application and the complaint by **5:00pm** today, October 28, 2013. If the proofs of service reflect that defendant Anthem Blue Cross ("defendant") was personally served with both the complaint and the TRO application by October 25, 2013, then defendant shall file a response to the TRO application by **9:00am** on October 29, 2013, and the court shall hear plaintiff's TRO application at **9:00am** on October 30, 2013. If, instead, the proofs of service indicate that defendant was not served until today (October 28, 2013), then defendant shall

have until **5:00pm** on October 30, 2013 to file a response to plaintiff's TRO application, and the TRO application will be heard at **9:00am** on November 6, 2013.

**IT IS SO ORDERED.**

Dated: October 28, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge