UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALISON O.,

        Plaintiff,

        v.

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,

        Defendant.
_____/

No. C 13-4787 PJH

**ORDER**

      Defendant's opposition to plaintiff's application for a temporary restraining order shall be filed no later than 10:00 a.m. on Monday, November 4, 2013. No reply shall be filed. The court will hear the motion on Wednesday, November 6, 2013, at 9:00 a.m., in Courtroom 3 of the Federal Building, 1301 Clay Street, Oakland, California.

      No later than 10:00 a.m. on Friday, November 1, 2013, plaintiff shall serve defendant's counsel with a copy of this order, and no later than 12:00 noon on November 1, 2013 shall file a proof of service showing service of the order.

**IT IS SO ORDERED.**

Dated: October 31, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge