1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   ALISON O.,                              Case No. CV 13-4787 PJH

12              Plaintiff,                    [~~PROPOSED~~] ORDER CONTINUING
                                             **BRIEFING SCHEDULE AND HEARING**
13        vs.                                **ON CROSS-MOTIONS FOR SUMMARY**
                                             **JUDGMENT**
     ANTHEM BLUE CROSS LIFE AND
14   HEALTH INSURANCE COMPANY,               Complaint filed: October 15, 2013

15              Defendant.                    Judge:   Hon. Phyllis J. Hamilton

16
     ANTHEM BLUE CROSS LIFE AND
17   HEALTH INSURANCE COMPANY,

18              Counterclaimant,

19        vs.

20   ALISON O.,

21              Counterdefendant.

22        The Court, having reviewed the parties' Stipulation to Continue the Briefing

23   Schedule and Hearing on Cross-Motions for Summary Judgment, finds that good cause

24   exists to enter an order approving said Stipulation..

25

26        Accordingly,

27

28

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

IT IS HEREBY ORDERED AS FOLLOWS:

Alison O.'s and Anthem's respective cross-motions for summary judgment as to the issue of Alison O.'s eligibility shall be filed no later than July 23, 2014.  Opposition briefs shall be filed no later than August 6, 2014.  The hearing on the cross-motions for summary judgment shall be continued from August 6, 2014 to August 27, 2014

IT IS SO ORDERED.

Dated:  June 24, 2014



_____
Hon. Phyllis J. Hamilton
United States District Court Judge

Case No.  CV 13-4787 PJH
[PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING ON CROSS-MOTIONS FOR

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28