VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON O.,<br><br>    Plaintiff,<br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>    Defendant. | Case No. CV 13-4787 PJH<br><br>**[PROPOSED]** **ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: October 15, 2013<br><br>Judge:  Hon. Phyllis J. Hamilton |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>    Counterclaimant,<br>vs.<br><br>ALISON O.,<br><br>    Counterdefendant. | |

   The Court, having reviewed the parties' Stipulation Re Dismissal of Entire Action With Prejudice, finds that good cause exists to enter an order approving said Stipulation.

   Accordingly,

   IT IS HEREBY ORDERED AS FOLLOWS:

   1.   This action, Case No. CV 13-4787 PJH is dismissed in its entirety, with prejudice; and

2.  Each party shall bear their own costs and fees.

IT IS SO ORDERED.

Dated: September __30__, 2014



_____
Judge Phyllis J. Hamilton
United States District Court Judge

- 2 -

Case No. CV 13-4787 PJH
[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245